CAUSE NO 02-13-00526-CR

PD-0227-15

QUENTIN WASHINGTON

VS

STATE OF TEXAS

FILED IN
COURT OF CRIMINAL APPEALS

FEB 27 2015

Abel Acosta, Clerk

MR. Abel Acosta
Court of Criminal Appeals
Supreme Court Building

## MOTION FOR EXTRA TIME FOR Petition FOR DISCRETION REVIEW

NOW COMES QUENTIN WASHINGTON TDCJID 1893202 AND ASK THE HONORABLE JUDGE of SAID COURT TO GRANT an EXTRA 45DAYS AND WOULD SHOW THE Following 8

1. my LAWYER DAVIDWACKER SENT ME THE DENIED APPEAL ON FEB-16,2015

2. THE APPEAL WAS DUMISSED ON FEB. 5, 2015

3. THE Time DELAY will NOT Allow QUENTIN WASHINGTON TO PROPERLY PREPARE A Petition DISCRETION REVIEW.

4. QUENTIN WASHINGTON IS PRESENTLY IN PRISON ON THE FRENCH M. ROBERTSON Unit, IN JONES COUNTY, TEXAS.

5. THE MAIL Room DID NOT SERVE THE APPEAL NOTICE UNTIL FEB. 20, 2015

## PRAYER

WHEREFORE, PREMISSES CONSIDERED QUENTIN WASHINGTON Appealant RESPECTFULLY PRAYS THIS COURT GRANTS THIS MOTION AND ORDERS RELIEF.

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 26 2015

Abel Acosta, Clerk

RESPECTFULLY SUBMITTED
Washington 1893202
QUENTIN WASHINGTON
12071 FM 3522
ABILENE TX 79601